171 A.3d 1262

ANTHONY CASTRONOVA, PLAINTIFF–PETITIONER, v. COUNTY OF BERGEN, DEFENDANT, AND BERGEN COUNTY PROSE-CUTOR'S OFFICE (BCPO) STATE OF NEW JERSEY AND BER-GEN COUNTY PROSECUTOR JOHN MOLINELLI, DEFEN-DANTS–RESPONDENTS.

C–209 Sept.Term 2017
079691

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000933–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.